**Dismiss and Opinion Filed July 28, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-01470-CV

**LANDON MAY, Appellant**
**V.**
**MARIBETH BRYANT, Appellee**

**On Appeal from the County Court at Law No. 2**
**Hunt County, Texas**
**Trial Court Cause No. CC1400171**

## MEMORANDUM OPINION

Before Justices Francis, Lang-Miers, and Whitehill
Opinion by Justice Whitehill

Appellant's brief was due March 17, 2015. By letter dated March 18, 2015, this Court notified appellant that his brief was overdue. We directed him to file, within ten days, a brief and an extension motion. We warned that failure to do so would result in dismissal of the appeal. To date, appellant has neither filed a brief nor communicated with the Court regarding the appeal. Accordingly, we dismiss the appeal. *See* TEX. R.. APP. P. 38.8(a)(1), 42.3(c).

141470F.P05

/Bill Whitehill/
BILL WHITEHILL
JUSTICE



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

LANDON MAY, Appellant

No. 05-14-01470-CV        V.

MARIBETH BRYANT, Appellee

On Appeal from the County Court at Law No. 2, Hunt County, Texas

Trial Court Cause No. CC1400171.

Opinion delivered by Justice Whitehill, Justices Francis and Lang-Miers participating.

In accordance with this Court's opinion of this date, we **DISMISS** the appeal. We **ORDER** that appellee Maribeth Bryant recover her} costs of this appeal from appellant Landon May.

Judgment entered July 28, 2015.